1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8  CAROLYN J. WILLIAMS,

9              Plaintiff,                              CASE NO.  C04-5034RBL

10         v.                                          MINUTE ORDER

11  KING COUNTY, JUVENILE COURT
    SERVICES,

12              Defendant.

13

14         NOW, on this 22nd day of August, the Court directs the Clerk to enter the following Minute

15  Order:

16         This matter is before the court on Defendant King County's Motion for Summary Judgment

17  [Dkt. # 69].  For reasons which will follow in a lengthier opinion, the Motion is GRANTED.

18  Accordingly, the trial date and all other pretrial deadlines are STRICKEN.

19         The foregoing Minute Order entered by ____s/Jean Boring_____,

20  Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED

21  STATES DISTRICT JUDGE.

22

23

24

25

26

27

28

Minute Order - 1